IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA R. FOREE,

      Plaintiff,

vs.                                                    No.   14-0027-DRH

CAROLYN COLVIN,
Acting Commissioner, Social Security
Administration,

      Defendant.

## ORDER

**HERNDON, District Judge:**

      Pending before the Court is the parties' joint motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 24). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for rehearing to allow plaintiff an opportunity for a hearing and to obtain additional evidence. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

      **IT IS SO ORDERED.**

      Signed this 21st day of January, 2015.

Digitally signed by David R. Herndon
Date: 2015.01.21 15:53:10 -06'00'

**United States District Judge**